# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| JERRY E. WILSON, | ) |
| Petitioner, | ) |
| vs. | ) No. 11-3337-CV-S-RED |
| JUAN D. CASTILLO, Warden,<br>United States Medical Center for<br>Federal Prisoners, | ) |
| Respondent. | ) |

## REPORT AND RECOMMENDATION OF
## THE UNITED STATES MAGISTRATE JUDGE

Petitioner has filed a Motion to Dismiss his previously filed Petition for Writ of Habeas Corpus. Petitioner's challenges appear to involve incident reports he received. The files and records in the case establish that some evidence existed; that the process procedures were implemented, and that administrative remedies were not timely filed at each level. It is therefore

RECOMMENDED that petitioner's Motion to Dismiss be granted; that he be denied leave to proceed in forma pauperis, and that the Writ of Habeas Corpus be dismissed without prejudice.

/s/ James C. England
**JAMES C. ENGLAND**
**UNITED STATES MAGISTRATE JUDGE**

Date: March 28, 2012