# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | | |
|---|---|---|
| JERRY E. WILSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 11-3337-CV-S-RED-H |
| | ) | |
| JUAN D. CASTILLO, Warden, | ) | |
| United States Medical Center for | ) | |
| Federal Prisoners, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Petitioner, an inmate confined at the United States Medical Center for Federal Prisoners, has filed a Motion to Dismiss his previously filed Petition for Writ of Habeas Corpus. The United States Magistrate Judge, to whom this case was referred, has entered a Report and Recommendation, recommending petitioner's Motion to Dismiss be granted; that he be denied leave to proceed informa pauperis, and that the Writ of Habeas Corpus be dismissed without prejudice. Counsel for the petitioner has filed a Motion to Withdraw. Because there are no issues presented for which relief is appropriate, the motion is granted.

Petitioner has had a full and fair opportunity to challenge the Report and Recommendation of the United States Magistrate Judge. No further proceedings will therefore be required in this case.

Therefore, after a <u>de novo</u> review of the report and recommendation and the files and records in this case, it is hereby

ORDERED that petitioner's Motion to Dismiss be, and it is hereby, granted; it is further

ORDERED that petitioner be, and he is hereby, denied leave to proceed in forma pauperis; it is further

ADJUDGED that the petition herein for a writ of habeas corpus be, and it is hereby, dismissed without prejudice.

/s/ Richard E. Dorr  
RICHARD E. DORR  
United States District Judge

Date: April 23, 2012