# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

JERRY E. WILSON,             )
                                )
               Petitioner,     )
                                )
   vs.                          )      No.  11-3337-CV-S-RED-H
                                )
JUAN D. CASTILLO, Warden,   )
United States Medical Center for    )
Federal Prisoners,               )
                                )
             Respondent.    )

## ORDER

Petitioner, an inmate confined at the United States Medical Center for Federal Prisoners, has filed a Motion to Dismiss his previously filed Petition for Writ of Habeas Corpus.   The United States Magistrate Judge, to whom this case was referred, has entered a Report and Recommendation, recommending petitioner's Motion to Dismiss be granted; that he be denied leave to proceed informa pauperis, and that the Writ of Habeas Corpus be dismissed without prejudice.  Counsel for the petitioner has filed a Motion to Withdraw.  Because there are no issues presented for  which relief is appropriate,  the motion is granted.

Petitioner has had a full and fair opportunity to challenge the Report and Recommendation of the United States Magistrate Judge.   No further proceedings will therefore be required in this case.

Therefore, after a de novo review of the report and recommendation and the files and records in this case, it is hereby

ORDERED that petitioner's Motion to Dismiss be, and it is hereby, granted; it is further

ORDERED that petitioner be, and he is hereby, denied leave to proceed in forma pauperis; it is further

ADJUDGED that the petition herein for a writ of habeas corpus be, and it is hereby, dismissed without prejudice.


_____/s/ Richard E. Dorr___
RICHARD E. DORR
United States District Judge


Date:  April 23, 2012

Case 6:11-cv-03337-RED   Document 15   Filed 04/23/12   Page 2 of 2